UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
( EASTERN DIVISION )

JUN23'10 ᴬᴹ11:17 USB

In Re:                                                    Chapter 7

Eric A. Schnairsohn                                       Case #10-10240WCH

Debtor

## MOTION BY DEBTOR TO VOULENTARY DISMISSAL WITH PREJUDICE

1. The debtor filed a chapter 7 bankruptcy with this Court on January 12, 2010, case number 10-10240-WCH.

2. The debtor was " pro se " during the duration of this case.

3. The debtor had asked this Court to discharge monies owed pursuant to a Family Court Divorce Probate Order.

4. The debtor has since been informed that all monies owed pursuant to a Family Court Order are non dischargeable.

5. The debtor has entered into a global agreement within the Middlesex Family Probate Court to pay all monies owed pursuant to order.

Therefore, the debtor asks this Court to dismiss this bankruptcy case with prejudice or in the alternative with a 109(g) order.

Respectfully

Eric A. Schnairsohn, Pro Se
14 Whitehall Way
Bellingham, MA 02019
508-254-0244-Phone

June 21, 2010

## CERTIFICATE OF SERVICE

I Eric A. Schnairsohn, debtor certify that I have served a true and accurate copy of the above referenced document to all the parties related in this case on January 26, 2010.

Eric A. Schnairsohn, Pro Se
14 Whitehall Way
Bellingham, MA 02019
508-2540244-Phone
774-907-3004-Fax

June 21, 2010

JUN23'10 AM11:18 USB